```
1 | BENJAMIN B. WAGNER
    United States Attorney
2 | LAUREL D. WHITE
    Assistant U.S. Attorney
3 | 501 I Street, Suite 10-100
    Sacramento, California  95814
4 | Telephone: (916) 554-2780
```





IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) | |
|---|---|---|
| Plaintiff, | ) | PETITION TO SEAL |
| v. | ) | SEARCH WARRANT DOCUMENTS; |
|  | ) | PROPOSED ORDER |
| IN RE: Search of | ) | |
| 1123 Porter Street, Apt. A | ) | 2:10-SW-0089 EFB |
| Vallejo, CA 94590 | ) | |

TO THE HONORABLE EDMUND F. BRENNAN, UNITED STATES MAGISTRATE JUDGE:

COMES NOW LAUREL D. WHITE, Assistant United States Attorney for the Eastern District of California, to petition this Court and respectfully represent:

1. That United States Secret Service Special Agent Lori A. Choquette, has prepared an affidavit for the above-referenced Search Warrant that reveals information concerning an ongoing investigation of Access Device Fraud, and Conspiracy to Commit Access Device Fraud;

2. That were this information concerning the pending investigation be released publicly, it could compromise the investigation by alerting potential targets of the investigation,

and seriously compromise the opportunity of investigating agents to obtain and secure relevant evidence. Accordingly, for the above-cited reasons, the government respectfully requests that the Search Warrant, the Search Warrant Application, Affidavit, Attachments and Exhibits, and the government's petition to seal, and the court's order to seal, be sealed until further order of this court.

DATED: March 4, 2010

BENJAMIN B. WAGNER
United States Attorney

By: /s/ Laurel D. White
LAUREL D. WHITE
Assistant U. S. Attorney

## ORDER

Upon Application of the United States of America and good cause having been shown,

IT IS HEREBY ORDERED that the Search Warrant, Search Warrant Application, Affidavit, Attachments, and Exhibits and the Government's Motion to Seal and Sealing Order be sealed until further order of this Court.

DATED: 3-4, 2010

HONORABLE EDMUND F. BRENNAN
United States Magistrate Judge