1 | BENJAMIN B. WAGNER
United States Attorney
2 | LAUREL D. WHITE
Assistant U.S. Attorney
3 | 501 I Street, Suite 10-100
Sacramento, California  95814
4 | Telephone:  (916) 554-2780

**FILED**

MAR 4 2010

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____
DEPUTY CLERK

5

6

7

**SEALED**

8

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

9

10

11 | UNITED STATES OF AMERICA, )
12 |                  Plaintiff, )          2:10-SW-0089 EFB
13 |      v.                     )
14 | [SEALED]                    )
   | _____)

15                    SEALING ORDER

16       Upon Application of the United States of America and

17 good cause having been shown,

18       IT IS HEREBY ORDERED that the file in the above-

19 captioned matter be and is hereby ordered sealed until further

20 order of this Court.

21 DATED: 3-4 , 2010

22

23 HONORABLE EDMUND F. BRENNAN
   United States Magistrate Judge

24

25

26

27

28

1