SEALED



FILED
MAR 11 2010
CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____
DEPUTY CLERK

1  BENJAMIN B. WAGNER
   United States Attorney
2  MATTHEW D. SEGAL
   Assistant U.S. Attorney
3  501 I Street, Suite 10-100
   Sacramento, California  95814
4  Telephone: (916) 554-2708

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE THE MATTER OF THE SEARCH OF [SEALED] | NO. 2:10-SW-89 EFB<br><br>MOTION AND [PROPOSED] ORDER TO UNSEAL |

The United States respectfully requests that the Court unseal the search warrant, the search warrant application, and all related filings in the above-captioned matter.  Sealing is no longer necessary to protect the investigation.

Respectfully Submitted,

BENJAMIN B. WAGNER
United States Attorney

DATED:  March 10, 2010        By:  /s/ Matthew D. Segal
                                   MATTHEW D. SEGAL
                                   Assistant U.S. Attorney

**SO ORDERED.**

DATED: 3-10-2010

/s/ Edmund F. Brennan
HON. EDMUND F. BRENNAN
U.S. Magistrate Judge